AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

RANDOLPH POTTS,

      Petitioner,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:11-cv-00511-LRH-VPC**

GREGORY SMITH, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the proposed petition for writ of habeas corpus is DENIED WITHOUT PREJUDICE.

  9/12/2011                      **LANCE S. WILSON**
                                        Clerk

                                  /s/ P. McDonald
                                  Deputy Clerk